IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Ronaldo Da Cunha Lima<br><br>Plaintiff<br><br>v.<br><br>Jeff Crawford et al<br><br>Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-01668-MSN-LRV<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the order of this Court entered on 10/29/2025 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Petitioner Ronaldo Da Cunha Lima and against the Respondents Jeff Crawford, Russell Hott, Todd M. Lyons, Kristi Noem and Pamela Jo Bondi.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 10/29/2025
Alexandria, Virginia